## NEWTON, *Ap't,* *v.* JANVRIN.

Under Gen. Laws, *c.* 185, providing that the judge of probate may appoint a guardian to any minor whenever there is occasion, and that the minor, if above the age of fourteen, may elect any person for his guardian, who, if suitable, shall be appointed, the minor's election of a suitable person does not authorize the appointment of a guardian when there is no occasion for the appointment.

APPEAL, from a probate decree appointing the defendant guardian of the plaintiff's minor son. Facts found by the court. The son, being more than fourteen years old, elected the defendant for his guardian. The son had no property, and it did not appear that there was any occasion for the appointment of a guardian.

*Wiggin & Fuller* and *Marston & Eastman*, for the plaintiff.

*Frink & Batchelder*, for the defendant.

DOE, C. J. The statute (G. L., *c.* 185) did not authorize the appointment of the defendant unless there was occasion for the removal of the minor's natural guardian. Whether there was occasion for the appointment of a guardian in place of the plaintiff is a question of fact to be determined by the court upon all the competent evidence, and not upon the minor's election alone.

*Case discharged.*

CARPENTER, J., did not sit : the others concurred.